**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-1166**

STARSHA M. SEWELL, a/k/a Adele T.,

Plaintiff - Appellant,

v.

MARGARET WEICHERT, Acting Director, Office of Personnel Management Agency,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:20-cv-00163-TDC)

Submitted: June 18, 2020                                    Decided: June 22, 2020

Before FLOYD, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha M. Sewell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders dismissing her civil complaint, in which Sewell alleged that Defendant committed a civil RICO violation, and denying Sewell's Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Weichert*, No. 8:20-cv-00163-TDC (D. Md. Jan. 31, 2020 & Feb. 7, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*